# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148326

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAVID ALLEN WILLIS,
    Defendant-Appellant.

SC: 148326
COA: 315156
Macomb CC: 2012-000805-AR

_____/

    On order of the Court, the application for leave to appeal the October 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

Clerk